In the Matter of the Claim of FRANCIS J. BENZ, Respondent, against KNIGHTS OF ST. JOHN CLUB et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. — Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 695.]

ELIZABETH PLOHN, Respondent, v. CHARLES PLOHN, Appellant. — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur. [See *post*, pp. 967, 1121.]

RALPH DE LORENZO et al., Respondents, v. SVEND A. MUNCK, Doing Business as THE HITCHING POST, LAKE LUZERNE, N. Y., Appellant. — Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 816.]

ELIZABETH PLOHN, Respondent, v. CHARLES PLOHN, Appellant. — Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *post*, p. 1121.]

FOURTH DEPARTMENT, MARCH, 1952.

(March 5, 1952.)

ROCCO LA PENNA, Appellant, v. UNITED BISCUIT COMPANY OF AMERICA, ONTARIO BISCUIT COMPANY DIVISION, Respondent. BEVERLY LA PENNA, an Infant, by ROCCO LA PENNA, Her Guardian ad Litem, Appellant, v. UNITED BISCUIT COMPANY OF AMERICA, ONTARIO BISCUIT COMPANY DIVISION, Respond-